# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WARDELL L. TYREE,** | : CIVIL ACTION NO. 1:07-CV-0175 |
| Plaintiff | : (Judge Conner) |
| v. | : |
| **FEDERAL BUREAU OF PRISONS,** et al., | : |
| Defendants | : |

## ORDER

AND NOW, this 23rd day of April, 2007, upon consideration of plaintiff's motion for reconsideration (Doc. 13), asking the court to vacate and/or alter the order of court dated April 9, 2007 (Doc. 12), and the court finding that there are no manifest errors of law or fact in the challenged order, see Harsco Corp. v. Zlotnicki, 779 F.2d 906, 909 (3d Cir. 1985) ("The purpose of a motion for reconsideration is to correct manifest errors of law or fact or to present newly discovered evidence . . . ."), it is hereby ORDERED that the motion for reconsideration (Doc. 13) is DENIED.

      S/ Christopher C. Conner
      CHRISTOPHER C. CONNER
      United States District Judge